IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/<br>　　　　Respondent,<br><br>　　vs.<br><br>STEVEN RAY ROBERTSON,<br><br>　　　　Defendant/<br>　　　　Petitioner. | No. CR-F-85-112 OWW<br><br>ORDER DENYING PETITIONER'S "FORMAL FREEDOM OF INFORMATION REQUEST CONCERNING CUSIP BOND" WITHOUT PREJUDICE |

　　By letter dated November 8, 2009, addressed to the United States District Court for the Eastern District of California, and captioned: "RE: formal Freedom of Information of Information [sic] request concerning CUSIP bond," Steven Ray Robertson, proceeding *in pro per*, requested "the above court deliver the BONDS being held by CUSIP in the above name/cause to I can accept them for settlement and closure."

　　Robertson was convicted by guilty plea in *United States v. Steven Ray Robertson, et al.,* No. CR-F-85-112 REC, of conspiracy

1

to defraud the United States, receiving stolen government property, and mail fraud.

Robertson's request is obscure and cannot be addressed by the Court. No specific information concerning any bonds that might be held the Committee on Uniform Security Identification Procedures in this criminal action is provided. Unless and until such specific information is provided by Robertson, the FOIA request is DENIED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated:   November 23, 2009              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

---

[1] **The Court expresses no opinion whether Robertson's request is a valid and effective FOIA request.**

2